472 A.2d 1166

Commonwealth v. Smith, Appellant.

Argued May 11, 1981. Hubert D. Yollin, for appellant;

638

Joseph J. Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.